FILED
CLERK, U.S. DISTRICT COURT
OCT 10 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN RODRIGUEZ,<br><br>Defendant. | Case No.  CR 18-00268-PA<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On October 8, 2024, Defendant made his initial appearance in this district on the bench warrant issued by this Court following Defendant's failure to surrender for service of sentence on August 25, 2022, following a revocation of supervised release hearing on August 22, 2022. Deputy Federal Public Defender Alejandro Barrientos was appointed to represent Defendant. The Government was represented by Assistant United States Attorney Cameron Vanderwall. Defendant

submitted on the recommendation of detention in the report prepared by United States Probation and Pretrial Services.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there is no longer any condition or combination of conditions of release that will assure that he defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

2. The Court has taken into account (1) the bench warrant issued on September 20, 2022, after Defendant failed to surrender for service of the sentence imposed on August 22, 2022 based on a revocation of supervised release; (2) Defendant's extensive criminal history which includes felony convictions for burglary, assault with a deadly weapon, felon in possession, battery, fraud related offenses and misdemeanor conviction for threatening conduct; and (3) Defendant is currently on parole with Los Angeles County.

Thus, the Court finds that there is _now_ a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: October 10, 2024

                                          /s/
                                   ALKA SAGAR
                                   UNITED STATES MAGISTRATE JUDGE